## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| GABRIEL G. OCASIO, | : | |
| | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | NO. 14-6101 |
| | : | |
| STEVEN R. GLUNT | : | |
| | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 10th day of November, 2015, upon careful and independent consideration of the Petition for Writ of Habeas Corpus[1]  (Docket No. 5) and amendments thereto;[2] and the Response to Petition for Writ of Habeas Corpus (Docket No. 25) filed by Respondents on September 29, 2015; and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated October 26, 2015,

**IT IS HEREBY ORDERED** that:

1.    the R&R is APPROVED and ADOPTED;

---

[1]      As noted by my November 4, 2014 Order, when Petitioner initially filed his Petition for a Writ of Habeas Corpus on October 23, 2014 (Dkt. No. 1), he did not use the current standard 28 U.S.C. § 2254 form as has been required by this court since July 2010. See Dkt. No. 2. Petitioner was provided with a blank copy of the Court's current standard form for *habeas corpus* relief, which he completed, and returned to the Clerk of Court for filing on December 16, 2014. See Dkt. No. 5.

[2]      On March 30, 2015, Magistrate Judge Henry S. Perkin granted Petitioner's motion to amend, and permitted Petitioner to add certain issues identified in that motion to his pending Habeas Petition. Petitioner's motion to amend was denied to the extent that Petitioner requested an evidentiary hearing.

2.   the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3.   there is no probable cause to issue a certificate of appealability.

BY THE COURT:

NITZA I. QUIÑONES-ALEJANDRO, J.